**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Pravati Capital LLC, et al., | No. MC-24-00023-PHX-MTL |
| Plaintiffs, | **ORDER** |
| v. | |
| Amy Moore, et al., | |
| Defendants. | |

This matter is before the Court on the Notice of Motion to Withdraw as Counsel (Doc.22) pursuant to Rule 83.3(b) of the Local Rules of Civil Procedure.

In part, LRCiv 83.3(b) dictates that where such application **does not bear the written consent of the client**, the motion shall be (1) **served upon the client** and all other parties or their attorneys and (2) supported by written application setting forth the reasons therefor together with the **name and last known address and telephone number of the client**.

Upon review of the present motion, THE COURT FINDS the motion lacks the information required by the Local Rules, and therefore the Court must deny the motion as incomplete. Accordingly,

**IT IS ORDERED** that Defendants' counsel's Motion to Withdraw as Counsel (Doc. 22) is DENIED, WITHOUT PREJUDICE.

Dated this 22nd day of August, 2024.

.

Michael T. Liburdi
United States District Judge